OPINION — AG — ** SALARY — LOYALTY OATH — CLAIMS ** THE OKLAHOMA LEGISLATURE IS WITHOUT AUTHORITY TO MAKE AN APPROPRIATION DURING THE PRESENT OR ANY ENSUING YEAR TO PAY OBLIGATION REFERRED TO BY YOU WHICH WERE INCURRED DURING THE FISCAL YEAR JUNE 30, 1951 (UNIVERSITY FUND, PAYROLL CLAIMS) CITE: 62 O.S. 7.2 [62-7.2], 62 O.S. 164 [62-164], 62 O.S. 41.14 [62-41.14] (FRED HANSEN) (UNIVERSITY OF OKLAHOMA)